```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                      Case No. 15-00820-HWV
Dana M. Mallory                                             Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: REshelman         Page 1 of 1            Date Rcvd: Sep 21, 2018
                              Form ID: pdf010         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2018.
db           +Dana M. Mallory,   221 South Market Street,   Mechanicsburg, PA 17055-6327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Elizabeth L Wassall    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION ewassall@udren.com,
               bankruptcy@udren.com
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Morris Anthony Scott    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION mscott@udren.com,
               vbarber@udren.com
              Nicole Bernadette LaBletta    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               nlabletta@pincuslaw.com, vbarber@pincuslaw.com,tbougouneau@pincuslaw.com
              Stuart Winneg    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION swinneg@udren.com,
               cblack@udren.com
              Tracy Lynn Updike    on behalf of Debtor 1 Dana M. Mallory tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Santander Consumer USA, Inc. ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 9

| | |
|---|---|
| IN RE: Dana M. Mallory <br> Debtor(s) <br><br> PNC Bank, National Association <br><br> v. <br> Dana M. Mallory <br> and <br> Charles J. DeHart, III Esq. <br> Trustee | Chapter 13 <br><br><br> NO. 15-00820 HWV |

## ORDER

Upon Consideration of the Certification of Default filed by the Movant in accordance with the Order entered on March 6, 2018, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code), 11 U.S.C. 11 U.S.C. Sections 362, is modified to allow PNC Bank, National Association, and its successor in title to proceed with the execution process through, among other remedies but not limited to, Sheriff's Sale regarding the premises 221 South Market Street Mechanicsburg, PA 17055.

Dated: September 21, 2018

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Bankruptcy Judge (LS)