Check No. 1216053

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 15-00685-RNO | 520-0 | LEONARDO OSWALDO BRAVO<br>Original Check written to:<br>ANA GARCIA & MOHAMMED ABUHASHISH<br>C/O JOHN DEWITSKY ESQ<br>41 NORTH SEVENTH STREET<br>STROUDSBURG, PA 18360- | 3510/PRE ARREARS/7 PARK ST | 0.00 | 2,109.61 | 0.00 | 2,109.61 |
| 15-00820-HWV | 999-0 | DANA M. MALLORY<br>Original Check written to:<br>DANA M. MALLORY<br>221 SOUTH MARKET STREET<br>MECHANICSBURG, PA 17055 | | 0.00 | 49.62 | 0.00 | 49.62 |
| 15-01187-RNO | 999-0 | WENDY D. DUNCAN<br>Original Check written to:<br>WENDY D. DUNCAN<br>775 RIVERSIDE DRIVE<br>APT. 6H<br>NEW YORK, NY 10032- | | 0.00 | 29.92 | 0.00 | 29.92 |
| 15-03944-RNO | 003-0 | SALLY KAY SLOTA<br>Original Check written to:<br>POCONO MTN REGIONAL EMS<br>P.O. BOX 90<br>DANVILLE, PA 17821-0090 | 3842 | 1,452.03 | 137.97 | 0.00 | 137.97 |
| 17-00569-HWV | 999-0 | VERNON C. LYTER, JR.<br>Original Check written to:<br>VERNON C. LYTER, JR.<br>PO BOX 515<br>CAMPBELLTOWN, PA 17010- | | 0.00 | 20.10 | 0.00 | 20.10 |