United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Dana M. Mallory
        Debtor

Case No. 15-00820-HWV
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 1      Date Rcvd: Jul 16, 2020
                      Form ID: fnldec      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2020.
db             +Dana M. Mallory,    221 South Market Street,    Mechanicsburg, PA 17055-6327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2020 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
         Elizabeth L Wassall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION ewassall@udren.com,
         bankruptcy@udren.com
         James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
         Morris Anthony Scott    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION pabk@logs.com
         Nicole Bernadette LaBletta    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
         nlabletta@pincuslaw.com,    brausch@pincuslaw.com
         Steven P. Miner    on behalf of Creditor    Mechanicsburg Borough sminer@daleyzucker.com,
         aewing@daleyzucker.com
         Stuart Winneg    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION swinneg@udren.com,
         cblack@udren.com
         Tracy Lynn Updike    on behalf of Debtor 1 Dana M. Mallory tlupdike@mette.com,
         cgfraker@mette.com/ddwhistler@mette.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
         William E. Craig    on behalf of Creditor    Santander Consumer USA, Inc. ecfmail@mortoncraig.com,
         mortoncraigecf@gmail.com
                                                   TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Dana M. Mallory,                          Chapter        13

      **Debtor 1**

                                              Case No.        1:15–bk–00820–HWV

Social Security No.:

                                xxx–xx–3986

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Charles J DeHart, III (Trustee)

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  July 16, 2020                    By the Court,

 

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

**fnldec** (05/18)